**Order entered June 6, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01388-CV

## TIM SIEGEL, ET AL., Appellants

## V.

## GALG, LLC D/B/A GOODSON GOLF & UTILITY CARS, Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-17245**

# ORDER

Before the Court is appellants' June 3, 2019 unopposed motion for an extension of time

to file their reply brief.  We **GRANT** the motion and extend the time to **June 13, 2019**.

/s/     BILL WHITEHILL
        JUSTICE